Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

FERROSTAAL METALS GmbH

                   Plaintiff,

-against-

FIVE OCEAN CORPORATION,

                   Defendant.

------------------------------------------------------x

JUDGE KAPLAN

08 CV 1030

08 Civ. _____

DECLARATION UNDER
SUPPLEMENTAL RULE B
AND UNDER 28 USC §1746

STATE OF NEW YORK   )
                                )ss:
COUNTY OF NEW YORK )

Patrick C. Crilley, being duly sworn, deposes and says:

    1.  I am a member of the Bar of this Honorable Court and of counsel to the attorney for the Plaintiff herein. I am familiar with the circumstances of the Complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of Defendant pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Defendant, Five Ocean Corporation is a foreign corporation organized and existing under the laws of South Korea, a foreign jurisdiction.

3. I have made an investigation at the website of the New York Secretary of State and have ascertained that there are no corporations registered to do business in New York as foreign corporations under the Defendant's name.

4. I searched the internet and the telephone information services for an address and/or a telephone number under the Defendant's name. There were no listings in this District.

5. In my search, I did not find any listing or reference to Defendant in this District or State. In the circumstances, I believe the Defendant cannot be found within this District.

6. Appointment by the Court of the undersigned for purpose of service of process would save time and expense.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Executed on the 31st day of January, 2008.

Patrick C. Crilley
233 Broadway – Suite 2202
New York, New York 10279
(212) 619-1919