UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
**Ferrostaal Metals Gmbh,**

            Plaintiff(s)
V.                                        08-cv-01030 (LAK)

**Five Ocean Corporation,**
            Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

      A pretrial conference having been held on February 28, 2008, it is hereby, ORDERED that the Clerk of Court shall place this case on my suspense docket.

Dated: March 5, 2008

                                                Lewis A. Kaplan
                                      United States District Court

*ELECTRONICALLY FILED*
*DOC #*
*DATE: 3/5/08*